| | |
|---|---|
| **United States Bankruptcy Court** <br> **Central District Of California** | |
| In re: <br> Phillip Gallardo Oviedo <br> Christine Oviedo | CHAPTER NO.:  13 |
| | CASE NO.: 8:10−bk−11978−RK |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 14 days from filing of your petition:

☑ Debtor's Certification of Employment Income
X  Electronic Filing Declaration
X  Statement of Social Security Numbers

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002−1]:

   Chapter 13    1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

   411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

If you have any questions, please contact the below−referenced Deputy Clerk:

Dated: February 17, 2010

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Henjie Festejo**
    **Deputy Clerk**

mccdn − Revised 12/2009                                                                 **7 − 1 / FHG**

# CERTIFICATE OF NOTICE

```
District/off: 0973-8          User: hfestejoC              Page 1 of 1                  Date Rcvd: Feb 19, 2010
Case: 10-11978                Form ID: mccdn               Total Noticed: 3

The following entities were noticed by first class mail on Feb 21, 2010.
db/jdb       +Phillip Gallardo Oviedo,   Christine Oviedo,   2417 N Brynwood Street,    Santa Ana, CA 92705-6708
aty          +Jesse J Zirillo,   Law Offices of Jesse Zirillo,   1576 N Batavia St., Suite 1C,
               Orange, CA 92867-3559
tr           +Amrane Cohen,   770 The City Dr So Ste #3300,   Orange, CA 92868-6922

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Jesse J Zirillo,   Law Offices of Jesse Zirillo,   1576 N. Batavia St., Suite 1C,
               Orange, CA 92867-3559
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 21, 2010**          **Signature:** _Joseph Speetjens_