# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Jesse Zirillo | Atty Name (if applicable): | Jesse Zirillo |
| Street Address: | 1576 N. Batavia St., Suite 1C<br>Orange, CA 92867 | CA Bar No. (if applicable): | 261938 |
| Filer's Telephone No.: | (714) 843-0600 | Atty Fax No. (if applicable): | (714) 464-4252 |

In re:

**Phillip Gallardo Oviedo**
**Christine Oviedo**

Case No. **8:10-bk-11978**

Chapter **13**

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
☒ Yes        ☐ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☒ A    ☒ B    ☒ C    ☒ D    ☒ E    ☒ F    ☐ G    ☐ H    ☒ I    ☒ J

☐ Statement of Social Security Number(s)    ☒ Statement of Financial Affairs
☐ Statement of Intention    ☐ Other

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, **Phillip Gallardo Oviedo and Christine Oviedo**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

**\*\*FOR COURT USE ONLY\*\***

DATED: **February 23, 2010**

**/s/ Phillip Gallardo Oviedo**
**Phillip Gallardo Oviedo**
*Debtor Signature*

**/s/ Christine Oviedo**
**Christine Oviedo**
*Co-Debtor Signature*

*\*\*SEE PROOF OF SERVICE\*\**

B-1008 *Revised November 2003*

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: **February 23, 2010**

**Jesse Zirillo**
Print or Type Name

**/s/ Jesse Zirillo**
*Signature*

(SEE ATTACHED MAILING LIST.)

B-1008 *Revised November 2003*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy