| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Jesse Zirillo<br>1576 N. Batavia St., Suite 1C<br>Orange, CA 92867<br>(714) 974-5652 Fax: (714) 221-0890<br>California State Bar Number: 261938<br><br>☐ Individual appearing without counsel<br>☒ Attorney for: Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Phillip Gallardo Oviedo**<br>**Christine Oviedo**<br><br>Debtor(s). | CHAPTER: **13**<br>CASE NO.: **8:10-bk-11978**<br>DATE:<br>TIME:<br>CTRM:<br>FLOOR: |
|---|---|

# NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE
(with supporting declarations)
(MOVANT: _Christine and Phillip Oviedo_ )

1. NOTICE IS HEREBY GIVEN to ALL CREDITORS, Trustee (if any), and affected creditors ("Responding Parties"), their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the Motion on the grounds set forth in the attached Motion.

2. **Hearing Location:**   ☐ 255 East Temple Street, Los Angeles    ☒ 411 West Fourth Street, Santa Ana
   ☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara
   ☐ 3420 Twelfth Street, Riverside

3. a. ☒ This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this Motion.

   b. ☐ This Motion is being heard on SHORTENED TIME. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence must be filed and served:
   ☐ at the hearing    ☐ at least ___ court days before the hearing.
   
   (1) ☐ A Motion for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge).
   
   (2) ☐ A Motion for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court and such motion and order have been or are being served upon the appropriate creditor(s) and trustee, if any..
   
   (3) ☐ A Motion for Order Shortening Time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

4. You may contact the Bankruptcy Clerk's office to obtain a copy of an approved court form for use in preparing your response (*Optional Court Form F 4001-1M.RES*), or you may prepare your response using the format required by Local Bankruptcy Rule 9004-1 and the Court Manual.

(Continued on next page)

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                             F 4001-1M.IS

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                      Best Case Bankruptcy

Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 2 of 9*  F 4001-1M.IS

| In re | CHAPTER: 13 |
|---|---|
| **Phillip Gallardo Oviedo** **Christine Oviedo** Debtor(s). | CASE NO.: **8:10-bk-11978** |

5. If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: **March 5, 2010**

**Kiet, Cothran & Zirillo, APC**
*Print Law Firm Name (if applicable)*

**Jesse Zirillo 261938**
*Print Name of Individual Movant or Attorney for Movant*

*Signature of Individual Movant or Attorney for Movant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009    F 4001-1M.IS

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

Motion for Order Imposing a Stay or Continuing the Automatic Stay - Page 3 of 9    F 4001-1M.IS

| In re<br>**Phillip Gallardo Oviedo**<br>**Christine Oviedo**<br>Debtor(s). | CHAPTER: 13<br>CASE NO.: 8:10-bk-11978 |
|---|---|

# MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE
## (MOVANT: Christine and Phillip Oviedo )

1. **The Property or Debt at issue:**

   a. ☐ Movant moves for an order imposing a stay with respect to the following property ("this Property" or "the "Property"):

   ☐ Vehicle *(describe year, manufacturer, type, and model)*:
   Vehicle Identification Number:
   Location of vehicle (if known):

   ☐ Equipment *(describe manufacturer, type, and characteristics)*:
   Serial number(s):
   Location (if known):

   ☐ Other Personal Property *(describe type, identifying information, and location)*:

   ☐ Real Property
   Street Address:
   Apt./Suite No.:
   City, State, Zip Code:
   Legal description or document recording number(include county of recording):
   ☐ See attached continuation page

   The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor) __to secure the sum of approximately $__ now owed. ("Secured Creditor/Lessor"). Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached. *(Attach additional sheets as necessary)*

   b. ☐ Movant moves for an order **imposing a stay** with respect to *any* and *all* actions against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditors/Lessors* as described in this motion; and/or

   c. ☐ Movant moves for an order **imposing a stay** as to all creditors.

   d. ☐ Movant moves for an order **continuing the automatic stay** with respect to *any* and *all* actions against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditor/Lessor*, and/or

   e. ☒ Movant moves for an order **continuing the automatic stay** *as to all creditors*.

2. **Case History:**

   a. ☒ A voluntary ☐ An involuntary petition concerning an individual(s) under Chapter ☐ 7 ☐ 11 ☐ 12 ☒ 13 was filed concerning the present case on *(specify date)*: 02/17/2010

   b. ☐ An Order of Conversion to Chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on *(specify date)*:

   c. ☐ Plan was confirmed on *(specify date)*:

   d. ☒ Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the petition date in this case. These cases and the reasons for dismissal are:
   1. Case Name: In Re: Christine and Phillip Oviedo
   Case Number: 8:09-bk-21105-RK    Chapter: 13
   Date Filed: 11/05/2009    Date Dismissed: 02/10/2010

   Relief from stay re this property    ☐ was    ☒ was not granted
   Reason for dismissal: Failure to make post-petition payments to secured creditors as required under the Chapter 13 Plan

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009    F 4001-1M.IS

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 4 of 9*    F 4001-1M.IS

| In re<br>**Phillip Gallardo Oviedo**<br>**Christine Oviedo**<br>Debtor(s). | CHAPTER: 13<br>CASE NO.: 8:10-bk-11978 |
|---|---|

    2.  Case Name:
       Case Number:                Chapter:
       Date Filed:                   Date Dismissed:

       Relief from stay re this property    ☐ was    ☐ was not granted
       Reason for dismissal:

       ☐ See attached continuation page

   e.  ☐  As of the date of this motion the Debtor ☐ has ☐ has not filed a statement of intentions regarding this Property as required under 11 U.S.C. §521(a)(2). If a statement of intentions has been filed, Debtor ☐ has ☐ has not performed as promised therein.

   f.  ☐  The first date set for the meeting of creditors under 11 U.S.C §341(a) is/was ___ and the court ☐ has ☐ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C.§521(a)(2). The extended date (if applicable) is ___

   g.  ☐  In a previous case(s), as of the date of dismissal there was ☐ an action by the Secured Creditor/Lessor under 11 U.S.C. §362(d) still pending or ☐ such action had been resolved by an order terminating, conditioning or limiting the stay as to such creditor.

3.  The equity in the property is calculated as follows:

a.  1.  Property description/value:___                                                                  $___
     2.  Creditor/Lien amount:___          $___
     3.  Creditor/Lien amount:___          $___
     4.  Creditor/Lien amount:___          $___
     5.  Creditor/Lien amount:___          $___
     6.  Total Liens   $___
     7.  Debtor's Homestead Exemption   $___
     8.  Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)   $___

b.  1.  Propery description/value:___   $___
     2.  Creditor/Lien amount:___   $___
     3.  Creditor/Lien amount:___   $___
     4.  Creditor/Lien amount:___   $___
     5.  Creditor/Lien amount:   $___
     6.  Total Liens   $___
     7.  Debtor's Homestead Exemption   $___
     8.  Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)   $___

       ☐ See attached continuation page(s)

4.  **Grounds for Continuing The Stay:**

   a.  ☒  Pursuant to 11 U.S.C. § 362(c)(3), the stay should be continued on the following grounds:

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                         F 4001-1M.IS

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                Best Case Bankruptcy

Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 5 of 9*     F 4001-1M.IS

| In re<br>**Phillip Gallardo Oviedo**<br>**Christine Oviedo**<br>Debtor(s). | CHAPTER: 13<br>CASE NO.: 8:10-bk-11978 |
|---|---|

1. ☐ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual debtor which was pending within the year preceding the petition date was dismissed because:

   A. ☐ The prior dismissal was of a case not refiled under Chapter 7 after dismissal under 11 U.S.C.§707(b);

   B. ☐ Good faith is shown because __
   ☐ See attached continuation page

2. ☐ The Property is of consequential value or benefit to the estate because:

   A. ☐ The fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached (describe separately as to each property);.

   B. ☐ The Property is necessary to a reorganization for the following reasons: __
   ☐ See attached continuation page

   C. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection:) __
   ☐ See attached continuation page

3. ☒ the presumption of a bad faith filing under 11 U.S.C.§362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

   A. ☐ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§362(i);

   B. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 and resulting in dismissal was excusable because such failure was caused by the negligence of debtor's attorney;

   C. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 and resulting dismissal was excusable because __
   ☐ See attached continuation page

   D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __
   ☐ See attached continuation page

   E. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __
   ☐ See attached continuation page

   F. ☒ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal os the prior case(s) as follows: **Debtors' failure to pay pre-confirmation/post-petition real and personal property obligations was due to an unfortunate unemployment situation, Debtor has since become reemployed and is fully capable of making pre-confirmation/post-petition mortgage and vehicle payments as set forth in their Chapter 13 plan and declarations to be filed with the court prior to their scheduled 341 hearing on 04/07/2010** , From this, the Court may conclude that this case, if a case under Chapter 7, will result in a discharge or, if under Chapter 11 or 13, in a confirmed plan that will be fully performed.
   ☐ See attached continuation page

   G. ☐ For the following additional reasons __
   ☐ See attached continuation page

4. ☐ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(3)(C)(ii) is overcome in this case because __
☐ See attached continuation page

5. **Grounds for Imposing a Stay:**
   a. ☐ Pursuant to 11 U.S.C.§362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:

      1. ☐ The Property is of consequential value or benefit to the estate because the fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

      2. ☐ The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons: __ .
      ☐ See attached continuation page

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                              F 4001-1M.IS

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                         Best Case Bankruptcy

Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 6 of 9*         F 4001-1M.IS

| In re | CHAPTER: 13 |
|---|---|
| **Phillip Gallardo Oviedo** <br> **Christine Oviedo** <br> Debtor(s). | CASE NO.: **8:10-bk-11978** |

    3. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection): __

        ☐ See attached continuation page

  b. ☐ The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual debtor pending within the year preceding the petition date were dismissed, because:

    1. ☐ The prior dismissal was of a case not refiled under Chapter 7 after dismissal under 11 U.S.C.§707(b);

    2 ☐ Good faith is shown because __

    ☐ See attached continuation page

  c. ☐ The presumption of a bad faith filing under 11 U.S.C.§362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

    1. ☐ Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11, resulting in the prior dismissal(s) as follows: __
    ☐ See attached continuation page

    2. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 and resulting dismissal was as the result of the negligence of Debtor's attorney;

    3. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because

    ☐ See attached continuation page

    4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __
    ☐ See attached continuation page

    5. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: __ (from which the Court may conclude that this case, if a case under Chapter 7, may be concluded with a discharge or, if under Chapter 11 or 13, with a confirmed plan that will be fully performed.
    ☐ See attached continuation page

    6. ☐ For the following additional reasons __
    ☐ See attached continuation page

  d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(4)(D)(ii) is overcome in this case because __
    ☐ See attached continuation page

6. **Evidence in Support of Motion: (Important Note: Declaration(s) in support of the Motion MUST be attached hereto).**
  a. ☒ Movant submits the attached Declaration(s) on the Court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to Local Bankruptcy Rules.
  b. ☐ Other Declaration(s) are also attached in support of this Motion
  c. ☐ Movant requests that the Court consider as admissions the statements made by Debtor(s) under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit __.
  d. ☐ Other evidence (specify): __

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order Imposing a Stay and granting the following** *(specify forms of relief requested)*:

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 4001-1M.IS

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                           Best Case Bankruptcy

Motion for Order Imposing a Stay or Continuing the Automatic Stay - Page 7 of 9    F 4001-1M.IS

| In re | CHAPTER: 13 |
|---|---|
| **Phillip Gallardo Oviedo** <br> **Christine Oviedo** <br>                                        Debtor(s). | CASE NO.: **8:10-bk-11978** |

1. ☒ That the Automatic Stay be continued in effect as to *all creditors* until further order of the court.
2. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.
3. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
4. ☐ That a Stay be imposed as to *all creditors* until further order of the court..
5. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.
6. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
7. ☐ For adequate protection of the Secured Creditor/Lessor by (specify proposed adequate protection) __
8. ☐ For other relief requested, see attached continuation page.

Dated: **March 5, 2010**

Respectfully submitted,

**Phillip and Christine Oviedo**
*Movant Name*

**Kiet, Cothran & Zirillo, APC**
*Firm Name of Attorney for Movant (if applicable)*

By: _/s/ signature_
       *Signature*

Name: **Jesse Zirillo 261938**
*Typed Name of Individual Movant or Attorney for Movant*

## DECLARATION OF MOVANT

I Jesse Zirillo, am the **Attorney** of Movant. I have read the foregoing motion consisting of **9** pages, and the attached materials incorporated therein by reference. I declare that the foregoing is true and correct to the best of my knowledge. If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the debtor's account on or near the date of events recorded. I am one of the custodians of such business records. Executed this **March 5, 2010** at **Orange, California** .

_(Signature of declarant)_ Jesse Zirillo

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    F 4001-1M.IS

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                         Best Case Bankruptcy

Motion for Order Imposing a Stay or Continuing the Automatic Stay - Page 8 of 9    **F 4001-1M.IS**

| In re | CHAPTER: 13 |
|---|---|
| **Phillip Gallardo Oviedo** <br> **Christine Oviedo** <br> Debtor(s). | CASE NO.: **8:10-bk-11978** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE (with supporting declarations) (MOVANT:** Christine and Phillip Oviedo **)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 10, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

**Amrane Cohen, efile@ch13ac.com**
**U.S. Trustee, ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **March 10, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 10, 2010 | German Munoz | /S/ German Munoz |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009    **F 4001-1M.IS**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

| In re | CHAPTER: 13 |
|---|---|
| **Phillip Gallardo Oviedo** <br> **Christine Oviedo** <br> Debtor(s). | CASE NO.: **8:10-bk-11978** |

**ADDITIONAL SERVICE INFORMATION (if needed):**

By US Mail:

Bank of America P.O.Bo 15726 Wilmington, DE 19886
Barclays Bank Delaware PO BOX 8801 Wilmington, DE 19899-8801
Chase P.O. Box94014 Palatine, IL 60094
City Bank NA/ Goodyear P.O. Box 689182 Des Moines, IA 50368-9182
Crescent Jewelers inc 16438 Beach Blvd Westminster, CA 92683
Disney Rewards P.O. Box 94014 Palatine, IL 60094
Encore P.O. Box 3330 Olathe, KS 66063
GE Money Bank P.O.Box 628 Elk Grove, CA 95759-0628
Home Depot Credit Svcs P.O. Box 6028 The Lakes, NV 88901-6028
Indymac Federal Bank Home Loan Servicing P.O. Box 4045 Kalamazoo, MI 49003-4045
Juniper P.O.Box 13337 Philadelphia, PA 19101
KOHL'S P.O.Box 30510 Los Angeles, CA 90030-0510
Lowes P.O.Box 530 914 Atlanta, GA 30353-0914
National Enterprise Systems 29125 Solon Rd Solon, OH 44139-3442
NCO Financial Systems Inc P.O.Box 15630 Dept. 72 Wilmington, DE 19850
Orange County Treasurer-Tax Collect Attn: Bankruptcy Unit PO Box 1438 Santa Ana, CA 92702
Partners Federal Credit Union P.O.Box 25020 Anaheim, CA 92825
Sams Club P.O. Box 530942 Atlanta, GA 30353
School's First Federal C. Union P.O. Box 11547 Santa Ana, CA 92711
Sears Credit Cards P.O. Box 688957 Des Moines, IA 50368-8957
THD/CBSD PO BOX 6028 The Lakes, NV 88901-6028

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                 F 4001-1M.IS

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                Best Case Bankruptcy

## SUPPORTING DECLARATION OF CHRISTINE OVIEDO FOR MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE

I the undersigned, CHRISTINE OVIEDO, make the following declaration under penalty of perjury of the law of the United States of America:

1. I am debtor the captioned case in the Motion for Order Continuing the Automatic Stay to which this declaration is attached.

2. At the time of my prior Bankruptcy filing in November 2009, I was unemployed. This situation prevented the payment of Post-Petition payments to my secured creditors to be performed in a timely manner as required. As a result of this failure, my prior Bankruptcy was dismissed on February 12, 2010 to allow me to re-file and reset my ability to make timely Post-Petition payments to these creditors.

3. Since the filing of the prior Bankruptcy, I have gained employment and am now capable of making the Post-Petition payments to my secured creditors under the current Bankruptcy filed in February 17, 2010 as required in the Chapter 13 Plan.

Signed in Orange, California on this the 5th day of March, 2010.

*Christine Oviedo* (signature)
Christine Oviedo

-1-

SUPPORTING DECLARATION OF CHRISTINE OVIEDO