| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Jesse Zirillo**<br>**Kiet, Cothran & Zirillo, APC**<br>**1576 N. Batavia St., Suite 1C**<br>**Orange, CA 92867**<br>**(714) 843-0600 Fax: (714) 464-4252**<br>California State Bar Number: **261938**<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for: Debtors* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Phillip Gallardo Oviedo**<br>**Christine Oviedo**<br><br>Debtor(s). | CHAPTER: **13**<br>CASE NO. **8:10-bk-11978**<br>**SECTION 341(a) MEETING OF CREDITORS:**<br>DATE: **4/07/10**<br>TIME: **10:00AM**<br>HEARING ROOM: **411 W 4th St., Santa Ana, CA 92701**<br>**CONFIRMATION HEARING:**<br>DATE: 05/12/2010<br>TIME: 1:30 PM<br>PLACE: 411 W. Fourth Street, Santa Ana, CA<br>CTRM:   **5D**<br>FLOOR:  **5th**<br><br>**DEADLINE FOR OBJECTIONS TO PLAN: 03/31/2010\***<br>(\*7 days before the Section 341(a) meeting) |

## NOTICE OF SECTION 341(a) MEETING AND
## HEARING ON CONFIRMATION OF CHAPTER 13 PLAN
## WITH COPY OF SECOND AMENDED CHAPTER 13 PLAN

1. NOTICE IS HEREBY GIVEN to all creditors and other interested parties that on the above date and time and in the indicated courtroom, debtor(s) will seek court approval of the attached Chapter 13 plan.

2. **Section 341(a) Meeting Location:**
   - ☐ **725 South Figueroa Street, Lobby Level, Los Angeles**
   - ☐ **21051 Warner Center Lane, Suite 115, Woodland Hills**
   - ☐ **3420 Twelfth Street, Riverside**
   - ☒ **411 West Fourth Street, Room 1-154, Santa Ana**
   - ☐ **128 East Carrillo Street, Santa Barbara**

3. **Chapter 13 Plan Confirmation Hearing Location:**
   - ☐ **255 East Temple Street, Los Angeles**
   - ☐ **21041 Burbank Boulevard, Woodland Hills**
   - ☐ **3420 Twelfth Street, Riverside**
   - ☒ **411 West Fourth Street, Santa Ana**
   - ☐ **1415 State Street, Santa Barbara**

4. **OBJECTIONS TO PLAN:** If you wish to object to the confirmation of the Chapter 13 plan, you must file a written objection with the Bankruptcy Court and serve a copy of it upon the debtor(s), the attorney for the debtor(s), and the Chapter 13 trustee before the deadline set forth above. Unless you timely file a written objection to the plan and appear at the confirmation hearing, the Court may treat your failure to do so as a waiver of your right to object to the plan, and may approve the plan.

5. **APPEARANCE BY DEBTOR(S) AND THE ATTORNEY FOR THE DEBTOR(S) IS REQUIRED AT BOTH THE SECTION 341(a) MEETING AND THE CONFIRMATION HEARING.** If the Chapter 13 trustee finds at the Section 341(a) meeting that the case is ready for confirmation, the trustee may, but is not required to, stipulate that the debtors and counsel are excused from appearance at the confirmation hearing (if the assigned judge permits the trustee to waive appearances). If the Chapter 13 trustee finds at the Section 341(a) meeting that the case is NOT ready for confirmation, the trustee may, but is not required to, continue the Section 341(a) meeting and/or the confirmation hearing to a later date. **Unexcused failure by the debtor(s) to appear at either the Section 341(a) meeting or the confirmation hearing may result in dismissal of the case. The dismissal order may include a prohibition on filing any other bankruptcy case for a period of 180 days pursuant to 11 U.S.C. § 109(g).**

Dated:  **March 10, 2010**

/s/ Jesse Zirillo
*Signature of Debtor(s) or Attorney for Debtor(s)*
**Kiet, Cothran & Zirillo, APC**
*Print Law Firm Name (if applicable)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

**F 3015-1.2**
Best Case Bankruptcy

| In re<br>**Phillip Gallardo Oviedo**<br>**Christine Oviedo**<br>Debtor(s). | CHAPTER **13**<br>CASE NO.: **8:10-bk-11978** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as Notice of Section 341 Hearing will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **3/10/2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

**Amrane Cohen, efile@ch13ac.com**
**U.S. Trustee, ustpregion16.sa.ecf@usdoj.gov**

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 3/10/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 10, 2010 | **German Munoz** | **/s/ German Munoz** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                    F 3015-1.2

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                               Best Case Bankruptcy

| In re **Phillip Gallardo Oviedo** **Christine Oviedo** Debtor(s). | CHAPTER **13** CASE NO.: **8:10-bk-11978** |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

Bank of America P.O.Bo 15726 Wilmington, DE 19886
Barclays Bank Delaware PO BOX 8801 Wilmington, DE 19899-8801
Chase P.O. Box94014 Palatine, IL 60094
City Bank NA/ Goodyear P.O. Box 689182 Des Moines, IA 50368-9182
Crescent Jewelers inc 16438 Beach Blvd Westminster, CA 92683
Disney Rewards P.O. Box 94014 Palatine, IL 60094
Encore P.O. Box 3330 Olathe, KS 66063
GE Money Bank P.O.Box 628 Elk Grove, CA 95759-0628
Home Depot Credit Svcs P.O. Box 6028 The Lakes, NV 88901-6028
Indymac Federal Bank Home Loan Servicing P.O. Box 4045 Kalamazoo, MI 49003-4045
Juniper P.O.Box 13337 Philadelphia, PA 19101
KOHL'S P.O.Box 30510 Los Angeles, CA 90030-0510
Lowes P.O.Box 530 914 Atlanta, GA 30353-0914
National Enterprise Systems 29125 Solon Rd Solon, OH 44139-3442
NCO Financial Systems Inc P.O.Box 15630 Dept. 72 Wilmington, DE 19850
Orange County Treasurer-Tax Collect Attn: Bankruptcy Unit PO Box 1438 Santa Ana, CA 92702
Partners Federal Credit Union P.O.Box 25020 Anaheim, CA 92825
Sams Club P.O. Box 530942 Atlanta, GA 30353
School's First Federal C. Union P.O. Box 11547 Santa Ana, CA 92711
Sears Credit Cards P.O. Box 688957 Des Moines, IA 50368-8957
THD/CBSD PO BOX 6028 The Lakes, NV 88901-6028

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                                    F 3015-1.2

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                         Best Case Bankruptcy