Jesse Zirillo (SBN: 261938)
Kiet, Cothran & Zirillo, APC
1576 N. Batavia St., Ste. 1C
Orange, CA 92867
Tel.  (714) 974-5652
Fax  (714) 221-0890
Email kczlawbk@gmail.com

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Phillip and Christine Oviedo<br><br>Debtor(s). | Case No. **8:10-bk-11978-RK**<br><br>Chapter 13<br><br>NOTICE OF CONTINUE 341 HEARING<br><br>DATE:  **April 7, 2010**<br>TIME:  **3:00PM**<br>PLACE:  Trustee Meeting Room 1-154<br>411 W Fourth Street<br>Santa Ana CA  92701 |

## **NOTICE OF CONTINUANCE OF 341 HEARING**

**TO ALL CREDITORS, THEIR ATTORNEYS, AND ANY INTERESTED PARTIES:**

Please take notice that the 341 hearing originally set for April 7, 2010 at **10:00AM** has been continued to the same day April 7, 2010 at **3:00PM**, with the permission of the Trustee, Amrane Cohen.

RESPECTFULLY SUBMITTED

Date:  March 15, 2010         Kiet, Cothran & Zirillo, APC

/S/ JESSE ZIRILLO_____

Jesse Zirillo, 261938

# PROOF OF SERVICE AND SERVICE LIST

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1576 N Batavia St., Ste. 1C, Orange, CA 92867

Notice is given by the court that a document entitled (*specify*) **NOTICE OF CONTINUANCE OF 341 HEARING** was filed on the date indicated as "Date" on the signature page of the document and will be served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the Notice. As of 3/15/2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

Amrane Cohen, efile@ch13ac.com
U.S. Trustee, ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this Notice was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 15, 2010 | **German Munoz** | **/s/ German Munoz** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION:**

Bank of America P.O.Bo 15726 Wilmington, DE 19886
Barclays Bank Delaware PO BOX 8801 Wilmington, DE 19899-8801
Chase P.O. Box94014 Palatine, IL 60094
City Bank NA/ Goodyear P.O. Box 689182 Des Moines, IA 50368-9182
Crescent Jewelers inc 16438 Beach Blvd Westminster, CA 92683
Disney Rewards P.O. Box 94014 Palatine, IL 60094
Encore P.O. Box 3330 Olathe, KS 66063
GE Money Bank P.O.Box 628 Elk Grove, CA 95759-0628
Home Depot Credit Svcs P.O. Box 6028 The Lakes, NV 88901-6028
Indymac Federal Bank Home Loan Servicing P.O. Box 4045 Kalamazoo, MI 49003-4045
Juniper P.O.Box 13337 Philadelphia, PA 19101
KOHL'S P.O.Box 30510 Los Angeles, CA 90030-0510
Lowes P.O.Box 530 914 Atlanta, GA 30353-0914
National Enterprise Systems 29125 Solon Rd Solon, OH 44139-3442
NCO Financial Systems Inc P.O.Box 15630 Dept. 72 Wilmington, DE 19850
Orange County Treasurer-Tax Collect Attn: Bankruptcy Unit PO Box 1438 Santa Ana, CA 92702
Partners Federal Credit Union P.O.Box 25020 Anaheim, CA 92825
Sams Club P.O. Box 530942 Atlanta, GA 30353
School's First Federal C. Union P.O. Box 11547 Santa Ana, CA 92711
Sears Credit Cards P.O. Box 688957 Des Moines, IA 50368-8957
THD/CBSD PO BOX 6028 The Lakes, NV 88901-6028