| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Jesse Zirillo<br>1576 N. Batavia St., Suite 1C<br>Orange, CA 92867<br>(714) 974-5652 Fax: (714) 221-0890<br>California State Bar Number: 261938<br><br>☐ Individual appearing without counsel<br>☒ Attorney for: Debtor | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Phillip Gallardo Oviedo<br>Christine Oviedo<br><br>                                        Debtor(s). | CHAPTER: 13<br>CASE NO.: 8:10-bk-11978<br>DATE: April 13, 2010<br>TIME: 10:30 AM<br>CTRM: 5D<br>FLOOR: 5th |
|---|---|

### Amended NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE
(with supporting declarations)
(MOVANT:  Christine and Phillip Oviedo   )

1. NOTICE IS HEREBY GIVEN to ALL CREDITORS, Trustee (if any), and affected creditors("Responding Parties"), their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order Imposing a stay or continuing the automatic stay as to certain creditors and actions described in the Motion on the grounds set forth in the attached Motion.

2. Hearing Location:   ☐ 255 East Temple Street, Los Angeles    ☒ 411 West Fourth Street, Santa Ana
    ☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara
    ☐ 3420 Twelfth Street, Riverside

3. a. ☒ This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this Motion.

   b. ☐ This Motion is being heard on SHORTENED TIME. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence must be filed and served:
       ☐ at the hearing  ☐ at least ___ court days before the hearing.

      (1) ☐ A Motion for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge).

      (2) ☐ A Motion for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court and such motion and order have been or are being served upon the appropriate creditor(s) and trustee, if any.

      (3) ☐ A Motion for Order Shortening Time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

4. You may contact the Bankruptcy Clerk's office to obtain a copy of an approved court form for use in preparing your response (Optional Court Form F 4001-1M.RES), or you may prepare your response using the format required by Local Bankruptcy Rule 9004-1 and the Court Manual.

(Continued on next page)

Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 2 of 9*     **F 4001-1M.IS**

| In re<br>  Phillip Gallardo Oviedo<br>  Christine Oviedo<br>                          Debtor(s). | CHAPTER: 13<br>CASE NO.: 8:10-bk-11978 |
|---|---|

5. If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: 3/24/10

**Jesse Zirillo 261938**
*Print Name of Individual Movant or Attorney for Movant*

**Klet, Cothran & Zirillo, APC**
*Print Law Firm Name (if applicable)*

/S/ Jesse Zirillo
*Signature of Individual Movant or Attorney for Movant*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                       **F 4001-1M.IS**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 8 of 9*    F 4001-1M.IS

| In re | CHAPTER: 13 |
|---|---|
| Phillip Gallardo Oviedo<br>Christine Oviedo<br>Debtor(s). | CASE NO.: 8:10-bk-11978 |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as _Amended_ NOTICE OF MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE (with supporting declarations) (MOVANT: Christine and Phillip Oviedo ) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _3/24/10_ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Amrane Cohen, efile@ch13ac.com
U.S. Trustee, ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (Indicate method for each person or entity served):
On _3/24/10_ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (Indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/24/10 | German Munoz | /S/ German Munoz |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009    F 4001-1M.IS

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 9 of 9*        F 4001-1M.IS

| In re | CHAPTER: 13 |
|---|---|
| Phillip Gallardo Oviedo<br>Christine Oviedo                                            Debtor(s). | CASE NO.: 8:10-bk-11978 |

**ADDITIONAL SERVICE INFORMATION** (if needed):

By US Mail:

Bank of America P.O.Bo 15726 Wilmington, DE 19886
Barclays Bank Delaware PO BOX 8801 Wilmington, DE 19899-8801
Chase P.O. Box94014 Palatine, IL 60094
City Bank NA/ Goodyear P.O. Box 689182 Des Moines, IA 50368-9182
Crescent Jewelers inc 16438 Beach Blvd Westminster, CA 92683
Disney Rewards P.O. Box 94014 Palatine, IL 60094
Encore P.O. Box 3330 Olathe, KS 66063
GE Money Bank P.O.Box 628 Elk Grove, CA 95759-0628
Home Depot Credit Svcs P.O. Box 6028 The Lakes, NV 88901-6028
Indymac Federal Bank Home Loan Servicing P.O. Box 4045 Kalamazoo, MI 49003-4045
Juniper P.O.Box 13337 Philadelphia, PA 19101
KOHL'S P.O.Box 30510 Los Angeles, CA 90030-0510
Lowes P.O.Box 530 914 Atlanta, GA 30353-0914
National Enterprise Systems 29125 Solon Rd Solon, OH 44139-3442
NCO Financial Systems Inc P.O.Box 15630 Dept. 72 Wilmington, DE 19850
Orange County Treasurer-Tax Collect Attn: Bankruptcy Unit PO Box 1438 Santa Ana, CA 92702
Partners Federal Credit Union P.O.Box 25020 Anaheim, CA 92825
Sams Club P.O. Box 530942 Atlanta, GA 30353
School's First Federal C. Union P.O. Box 11547 Santa Ana, CA 92711
Sears Credit Cards P.O. Box 688957 Des Moines, IA 50368-8957
THD/CBSD PO BOX 6028 The Lakes, NV 88901-6028

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                        F 4001-1M.IS

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                      Best Case Bankruptcy