Jesse Zirillo (SBN: 261938)
Kiet, Cothran & Zirillo, APC
1576 N. Batavia St., Ste. 1C
Orange, CA 92867
Tel.  (714) 974-5652
Fax  (714_221-0890
Email  kczlawbk@gmail.com

**FILED & ENTERED**

**OCT 15 2010**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Christine Oviedo<br>Phillip Oviedo,<br><br>　　　　　　　Debtor[s]. | Case No.: 8:10-bk-11978-RK<br><br>Chapter 13<br><br>**ORDER GRANTING MOTION TO VALUE REAL PROPERTY AND TO STAY PAYMENTS REGARDING LIEN ENCUMBERING REAL PROPERTY**<br><br>Date:　　September 8, 2010<br>Time:　　4:00 p.m.<br>Place:　　5D |

　　　A hearing regarding the MOTION TO AVOID LIEN OF PARTNERS FEDERAL CREDIT UNION PURSUANT TO 11 U.S.C. §506(a)  (the "Motion") filed by CHRISTINE AND PHILLIP OVIEDO (the "Debtor") was held at the above-referenced date and time; appearances were as stated on the record.  Having reviewed the Motion and all papers submitted in support thereof; no opposition thereto having been filed; and good cause appearing therefor, it is hereby:

　　　ORDERED, that the claim secured by the PARTNERS FEDERAL CREDIT UNION deed of trust against the real property described in the Motion (the "Property") will be treated as an unsecured nonpriority claim pursuant to the provisions of the Debtor's chapter 13 plan and any Court-approved modifications thereto (the "Plan"), such that the claim will be paid pro rata with other allowed unsecured nonpriority claims; and it is further

ORDERED, that upon the completion of all payments under the Plan and upon entry of a discharge pursuant to 11 U.S.C. § 1328 in this case, the lien arising from the PARTNERS FEDERAL CREDIT UNION deed of trust against the Property will be void and will not constitute an encumbrance on the Property; and it is further

ORDERED, that the beneficiary of the PARTNERS FEDERAL CREDIT UNION trust deed will retain its lien against the Property to the extent recognized by applicable nonbankruptcy law unless and until the Debtor fully performs under the Plan and the Debtor receives a discharge pursuant to 11 U.S.C. § 1328.

ORDERED, that Debtor is to serve copies of this entered order on PARTNERS FEDERAL CREDIT UNION, the beneficiary of the second trust deed, in care of its servicer, PARTNERS FEDERAL CREDIT UNION, and its agent for service of process, PARTNERS FEDERAL CREDIT UNION, by first class United States mail and file a declaration of such service within 14 days of entry of this order.

###

DATED: October 15, 2010

_____
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM:**
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) **ORDER GRANTING MOTION TO VALUE REAL PROPERTY AND TO STAY PAYMENTS REGARDING LIEN ENCUMBERING REAL PROPERTY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **October 7, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Amrane Cohen;           efile@ch13ac.com
US Trustee;             ustpregion16.sa.ecf@usdoj.gov
Jesse Zirillo;          kczlawbk@gmail.com

**II.  SERVED BY THE COURT VIA U.S. MAIL**: A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Christine and Phillip Oviedo
2417 N Brynwood St.
Santa Ana, CA 92705

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Partners Federal Credit Union                  Partners Federal Credit Union
Attn:  John Janclaes, CEO                      Attn:  Bankruptcy Department
100 N 1st Street                               13075 International Drive South
Burbank, CA 91503                              Orlando, FL 32821